UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          Case No. 18-20808-RAM
                                                                                                        Chapter 13
JORGE LANDIN,

      Debtor.
_____/

**BANK OF AMERICA, N.A.'S RESPONSE TO
DEBTOR'S OBJECTION TO CLAIM (Doc 65)**

Bank of America, N.A. ("Secured Creditor"), by and through its undersigned counsel, files this *Response to Debtor's Objection to Claim of Bank of America, N.A.* (Doc 65) and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 31, 2018.

2. Secured Creditor holds a motor vehicle title lien on the Debtor's 2008 Ford F250, (the "Vehicle") as security for a loan in the amount of $33,559.88.

3. Secured Creditor filed a Proof of Claim (Claim No. 3-1) in this case on October 10, 2018 (the "Claim").

4. On December 4, 2020, the Debtor filed an Objection to said Claim (Doc 65) (the "Objection").

5. The Objection is not seeking to reduce or disallow the claim but is merely stating that Debtor is seeking to allow the fully secured claim as filed without prejudice to claimant's rights in its collateral, except that there shall be no distribution from the Chapter 13 Trustee as Debtor wishes to surrender the collateral.

6. Secured Creditor has no problem not receiving payments from the Chapter 13

Trustee if the collateral is being surrendered, provided the claim is allowed as filed.

7. Further, if Secured Creditor is not to be paid through the Plan, it should have relief from stay and be excused from compliance with Bankruptcy Rule 3002.1 and Local Rule 3002.1-1.

8. Secured Creditor reserves the right to supplement this response at or prior to the hearing and/or to file an Amended Proof of Claim.

**WHEREFORE**, Secured Creditor respectfully requests that the Objection be overruled, that the Claim be allowed as filed, and for such other and further relief as the Court deems just and proper.

**MARINOSCI LAW GROUP, P.C**.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (401) 262-2110
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
_____
FREDERIC DISPIGNA, ESQ.
Florida Bar No. 345539

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, on the parties listed below on December 28, 2020.

**Nancy K. Neidich, Trustee**
POB 279806
Miramar, FL 33027

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Jorge Landin**
12650 NW Miami Court
North Miami, FL 33168-4554

**Robert Sanchez, Esq.**
355 W 49 St.
Hialeah, FL 33012

        **MARINOSCI LAW GROUP, P.C**.
        Attorney for Secured Creditor
        100 West Cypress Creek Road, Suite 1045
        Fort Lauderdale, FL 33309
        Phone: (954) 644-8704
        Fax: (401) 262-2110
        Email: fdispigna@mlg-defaultlaw.com

        /s/ Frederic Dispigna
        _____
        FREDERIC DISPIGNA, ESQ**.**
        Florida Bar No. 345539