

**ORDERED in the Southern District of Florida on January 19, 2021.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                       Case No.: 18-20808-RAM
                                                                             Chapter 13

    Jorge Landin
_____Debtor(s)_____/

**ORDER SUSTAINING OBJECTION TO CLAIM OF BANK OF AMERICA, N.A.**

    THIS MATTER having come before the Court's consent calendar on January 12, 2021 at 9:00 AM, upon Debtor's Objection to Claim of Bank Of America, N.A. (ECF#65; claim #3), and based on the record, IT IS;

    ORDERED AND ADJUDGED:

1. The Objection to the proof of claim of Bank Of America, N.A. is SUSTAINED.

2. The claim is allowed as filed without any distribution from the Chapter 13 Trustee.

3. The Order of Confirmation at ECF#40 entered on December 13, 2018 provides Bank of America, N.A. in rem relief from stay and said creditor is excused from compliance with Bankruptcy Rule 3002.1 and Local Rule 3002.1-1.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Robert Sanchez, P.A.
Robert Sanchez, Esq.; Fl. Bar No. 0442161
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008

LF-70 (rev. 12/01/09)